COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-09-213-CV

 

 

SHEZAD MALIK                                                                   APPELLANT

 

                                                   V.

 

THOMAS SLONE AND                                                           APPELLEES

MICHAEL MEYER

 

                                              ------------

 

            FROM THE 96TH
DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

                                                    

                                              ------------








Appellant Shezad Malik attempts to appeal from
the trial court=s May 22, 2009 interlocutory
order, which granted the Appellees= motion
to disqualify him.  On July 24, 2009, we
sent Malik a letter stating our concern that we may have no jurisdiction over
this appeal because the order does not appear to be a final appealable order or
judgment, nor does it appear to be an appealable interlocutory order.  See
Tex. Civ. Prac. & Rem. Code Ann. '
51.014(a) (Vernon 2008) (listing
appealable interlocutory orders); Lehmann v. Har-Con Corp., 39 S.W.3d
191, 195 (Tex. 2001) (providing general rule that an appeal may be taken only
from a final judgment).  We indicated
that this court would dismiss this appeal if we did not receive a response
showing grounds for continuing the appeal by August 3, 2009.  Malik filed a timely response, acknowledging
that there is no interlocutory appeal available from the May 22, 2009
interlocutory order disposing of the disqualification motion.

Accordingly, because the order is neither a final
judgment nor an appealable interlocutory order, we dismiss this appeal for want
of jurisdiction.[2]  See Tex. R. App. P. 42.3(a), 43.2(f).

 

SUE
WALKER

JUSTICE

 

PANEL: WALKER, MCCOY, and
MEIER, JJ.

 

DELIVERED:  August 20, 2009

 











[1]See Tex. R. App. P. 47.4.





[2]Malik, in his response,
requests a writ of mandamus.  Because his
response does not comply with the requisites for a petition for writ of
mandamus, we have sent a noncompliance letter. 
Should Malik file a compliant petition for writ of mandamus, that
petition will be filed in a separate cause number.  This opinion addresses and finally disposes
of the interlocutory appeal only.